JUDGE JONES

07 CV 5592

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

(ECF CASE)

FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and FLOWSERVE,
INTERNATIONAL, INC.,

    Plaintiffs,

    v.

INGERSOLL-RAND COMPANY.

    Defendant.

Civil Action No.



RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Flowserve Corporation, Flowserve US, Inc., and Flowserve International, Inc. (each a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

Flowserve Corporation is a publicly held corporation. Flowserve Corporation is the parent of Flowserve US, Inc., and Flowserve International, Inc.

Dated: June 11, 2007

William J. O'Shaughnessy
Attorney Bar Code: 5256

ME1 6440692v.1