Form 27 - GENERAL PURPOSE

**MCCARTER & ENGLISH, LLP**
**ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
--------------------------------------------------

| | |
|---|---|
| FLOWSERVE CORPORATION, FLOWSERVE         plaintiff<br>US INC., ETANO<br>           - against - <br><br>INGERSOLL-RAND COMPANY               defendant | Index No. **07 CV 5592**<br>Date Filed  ............<br>Office No.<br>Court Date:   / / |

--------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**STANLEY P.TOMASETTI**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
     That on the  **15th**  day of June, 2007      at  02:57 PM.,                                      at
     %THE CORPORATION TRUST COMPANY
     820 BEAR TAVERN RD,STE 305,WEST TRENTON, NJ 08628
I served a true copy of the
     **SUMMONS AND COMPLAINT**
     **RULE 7.1 STATEMENT**
     **CIVIL COVER SHEET**
     **JUDGES RULES**

upon **INGERSOLL-RAND COMPANY**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
     **TYDASHA WEAVER, GENERAL AGENT AUTHORIZED TO ACCEPT**

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
          SEX: **FEMALE**          COLOR: **BLACK**          HAIR: **BLACK**
          APP. AGE: **28**         APP. HT: **5:8**          APP. WT: **145**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
18th  day of  June, 2007tm


JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

STANLEY P. TOMASETTI    1192468
AETNA   CENTRAL   JUDICIAL    SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7ME242826