UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**07 CV 5592 ECF**

Flowserve Corporation v. Ingersoll-Rand Company

USDC SDNY
ELECTRONICALLY FILED
DATE FILED: 7/13/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 5592 (BSJ)(DFE)

-------------------------------------------------------------X

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
            7/2/07

Barbara S. Jones
United States District Judge