**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

July 23, 2007

<u>VIA ECF & MAIL</u>

Honorable Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 1360
New York, New York 10007

RE: Flowserve Corporation, et al. v. Ingersoll-Rand Company
    Docket No. 07-CV-5592 (BSJ)(DFE)
    <u>Initial Case Management Conference</u>

Dear Magistrate Judge Eaton:

We represent the plaintiffs in the above-captioned case.

Pursuant to the instructions of Deputy Clerk Helen Lewis, I am writing to confirm that the initial case management conference in the above-captioned case is scheduled for Wednesday, September 12, 2007, at 11:00 a.m.

Respectfully submitted,

*/s/ Norman A. Bloch*

Norman A. Bloch

cc:  William O'Brien, Esq.
     Attorney for Defendant

---

Norman.Bloch@ThompsonHine.com   Phone 212.908.3942   Fax 212.344.6101               155237.1

THOMPSON HINE LLP       335 Madison Avenue        www.ThompsonHine.com
ATTORNEYS AT LAW        12th Floor                Phone 212.344.5680
                        New York, New York 10017-4611   Fax 212.344.6101