EATON BS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOWSERVE CORPORATION,
FLOWSERVE US INC., and
FLOWSERVE INTERNATIONAL, INC.,

                            Plaintiffs

        v.

INGERSOLL-RAND COMPANY,

                            Defendant.

07 CV 5592 (BSJ)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the

Defendant's time to answer, move, or otherwise respond with regard to the complaint herein is hereby

extended to August 13, 2007.


Dated:   July 23, 2007
         New York, New York


_____
William O'Brien (WO 5271)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

*Counsel for Defendant*
*Ingersoll-Rand Company*


_____
Norman A. Bloch (NB 7971)
Thompson Hine LLP
335 Madison Avenue
New York, NY 10017
(212) 344-5680

*Counsel for Plaintiffs*
*Flowserve Corporation, Flowserve US, Inc., and*
*Flowserve International, Inc.*


SO ORDERED: July 25, 2007

_____
Douglas F. Eaton
United States Magistrate Judge
Southern District of New York