BATON, MJ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and                 :   Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                        :
                Plaintiffs,
                                        :
          v.                                NOTICE OF
                                        :   SUBSTITUTION OF COUNSEL
INGERSOLL-RAND COMPANY,
                                        :
                Defendant.
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, New York 10017, be and hereby is substituted for McCarter & English LLP, 245 Park Avenue, 27th Floor, New York, New York 10167, as attorneys for plaintiffs Flowserve Corporation, Flowserve US, Inc., and Flowserve International, Inc. in the above-captioned matter.

_____
Flowserve Corporation, Flowserve US, Inc.,
and Flowserve International, Inc.
Charles Armstrong, Esq.

McCARTER & ENGLISH, LLP           THOMPSON HINE LLP
Withdrawing Attorneys             Succeeding Attorneys

By: _William J. O'Shaughnessy_    By: _Nathan A. Black_
William J. O'Shaughnessy          Nathan A. Black
SDNY Bar No. WO-5256              SDNY Bar No. NB-7971
245 Park Avenue, 27th Floor       335 Madison Avenue, 12th Floor
New York, New York 10167          New York, New York 10017
(212) 609-6800                    (212) 344-5680

Dated: New York, New York
       July 18, 2007

SO ORDERED. 7/31/07
_____
Douglas F. Eaton
United States Magistrate Judge
Southern District of New York