UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOWSERVE CORPORATION, FLOWSERVE US INC., and FLOWSERVE INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INGERSOLL-RAND COMPANY,<br><br>Defendant. | 07 CV 5592 (BSJ) |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for Defendant certify that: (a) Ingersoll-Rand Company's parent corporation is Ingersoll-Rand Worldwide Capital S.a.r.l.; (b) Ingersoll-Rand Worldwide Capital S.a.r.l.'s parent corporation is Ingersoll-Rand (Barbados) Holding Incorporated; (c) Ingersoll-Rand (Barbados) Holding Incorporated's parent corporation is Ingersoll-Rand Global Holding Company Limited; and (d) Ingersoll-Rand Global Holding Company Limited's parent corporation is Ingersoll-Rand

-2-

Company Limited, a publicly-traded entity. No public corporation owns 10 percent or more of Ingersoll-Rand Company Limited's stock.

Dated: August 13, 2007

COOLEY GODWARD KRONISH LLP

By: /s/ William O'Brien
William H. O'Brien (WO-5271)
Stephen D. Gardner (SG-3534)
Allison J. Hersh (AH-2665)

1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000

Attorneys for Defendant
Ingersoll-Rand Company