## CERTIFICATE OF SERVICE

I, Allison J. Hersh, certify that copies of Defendant Ingersoll-Rand Company's Answer and Corporate Disclosure Statement were served this date by hand to:

Norman Arthur Bloch, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 100017-4611

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 13, 2007
          New York, New York

_____
ALLISON J. HERSH