```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and                 :    Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                        :
                Plaintiffs,
                                        :
        v.                                   MOTION TO ADMIT COUNSEL
                                        :    PRO HAC VICE
INGERSOLL-RAND COMPANY,
                                        :
                Defendant.
--------------------------------------------------------x
```



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Norman A. Bloch, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of:

    Applicant's Name:    Robert P. Johnson
    Firm Name:           Thompson Hine LLP
    Address:             312 Walnut Street, Suite 1400
    City/State/Zip:      Cincinnati, Ohio  45202
    Phone Number:        513-352-6769
    Fax Number:          513-241-4771

Robert P. Johnson is a member in good standing of the Bars of the States of Ohio and Kentucky. There are no pending disciplinary proceedings against Robert P. Johnson in any State or Federal court. Certificates of Good Standing, which have been issued by the States of Ohio and Kentucky within the past 30 days, are submitted herewith.

Dated: August 2, 2007                   Respectfully submitted,
New York, New York

                                        Norman A. Bloch
                                        NB-7971
                                        Thompson Hine LLP
                                        335 Madison Avenue, 12th Floor
                                        New York, New York  10017
                                        Phone:  212-908-3942
                                        Fax:    212-344-6101

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Robert Paul Johnson

was admitted to the practice of law in Ohio on November 07, 1988; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of July, 2007.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Registration Assistant*

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225



**OFFICERS**
Jane Winkler Dyche
President

Barbara D. Bonar
President-Elect

Charles E. English, Jr.
Vice President

Robert C. Ewald
Past President

**YOUNG LAWYERS**
Ryan C. Reed
Chair

**EXECUTIVE DIRECTOR**
James L. Deckard

**BOARD OF GOVERNORS**
Douglass Farnsley
Fred E. Fugazzi, Jr.
Margo L. Grubbs
James D. Harris, Jr.
Richard W. Hay
R. Scott Madden
Douglas L. McSwain
W. Douglas Myers
Michael J. O'Connell
Thomas L. Rouse
John M. Rosenberg
R. Michael Sullivan
Mark C. Whitlow
William H. Wilhoit

### THIS IS TO CERTIFY THAT

### ROBERT PAUL JOHNSON
*Thompson, Hine and Flory, LLP*
*312 Walnut Street, Suite 1400*
*Cincinnati, Ohio 45202*

### Membership No. *86282*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 25th day of July, 2007.*

### JAMES L. DECKARD
### REGISTRAR

By: _____
Nicole A. Key, Deputy Registrar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and             : Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                    :
            Plaintiffs,             **DECLARATION OF**
                                    : **NORMAN A. BLOCH**
      v.                              **IN SUPPORT OF MOTION TO ADMIT**
                                    : **COUNSEL PRO HAC VICE**

INGERSOLL-RAND COMPANY,             :

            Defendant.              :
-------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Norman A. Bloch, declare as follows:

1.  I am a partner with the law firm of Thompson Hine LLP and counsel for Plaintiffs in the above-captioned action. I am familiar with the prior papers in this case. I submit this declaration based upon my personal knowledge of the facts set forth herein and in support of Plaintiffs' Motion to Admit Robert P. Johnson as Counsel *Pro Hac Vice* to represent the Plaintiffs in this matter.

2.  I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on February 28, 1978. I was also admitted to the Bar of the United States District Court for the Southern District of New York on April 4, 1978, and I am currently in good standing with this Court.

3.  I have known Robert P. Johnson since about 2005.

4.  Mr. Johnson is a partner of mine at Thompson Hine LLP, and his office is located at 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202.

5.  I believe Mr. Johnson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Robert P. Johnson, *Pro Hac Vice*.

7.  I respectfully submit a proposed order granting the admission of Robert P. Johnson, *Pro Hac Vice*, which is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 2nd day of August, 2007, in New York, New York.

Norman A. Bloch
NB-7971
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York  10017
Phone: 212-908-3942
Fax: 212-344-6101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and              :    Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                     :
             Plaintiffs,
                                     :
       v.                                 **CERTIFICATE OF SERVICE**
                                     :
INGERSOLL-RAND COMPANY,
                                     :
             Defendant.
-------------------------------------------------------x

       The undersigned hereby certifies that on this 3rd day of August 2007, a true and correct

copy of the Motion For Admission *Pro Hac Vice* of and Robert P. Johnson and supporting

papers were served electronically and by U.S. Mail upon:

William O'Brien, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
wobrien@cooley.com


                                          _____
                                          Sunny H. Kim (HK-8746)
                                          Thompson Hine LLP
                                          335 Madison Avenue, 12th Floor
                                          New York, New York 10017
                                          Phone: 212-908-3903
                                          Fax: 212-344-6101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and            :    Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                   :
         Plaintiffs,
                                   :
    v.                                  **ORDER FOR ADMISSION**
                                   :    **PRO HAC VICE**
INGERSOLL-RAND COMPANY,                 **ON WRITTEN MOTION**
                                   :
         Defendant.
-------------------------------------------------------x

   Upon motion of Norman A. Bloch, attorney for Plaintiffs Flowserve Corporation, Flowserve US, Inc., and Flowserve International, Inc., and said sponsor's Declaration in Support;

IT IS HEREBY ORDERED that:

    Applicant's Name:      Robert P. Johnson
    Firm Name:             Thompson Hine LLP
    Address:               312 Walnut Street, Suite 1400
    City/State/Zip:        Cincinnati, Ohio  45202
    Phone Number:          513-352-6769
    Fax Number:            513-241-4771
    Email address:         rob.johnson@thompsonhine.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2007

_____
Douglas F. Eaton
United States Magistrate Judge
Southern District of New York