SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and                    :     Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                           :
            Plaintiffs,
                                           :
   v.                                            **MOTION TO ADMIT COUNSEL**
                                           :     **PRO HAC VICE**
INGERSOLL-RAND COMPANY,
                                           :
            Defendant.
---------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Norman A. Bloch, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of:

> Applicant's Name:   Christopher M. Bechhold
> Firm Name:          Thompson Hine LLP
> Address:            312 Walnut Street, Suite 1400
> City/State/Zip:     Cincinnati, Ohio 45202
> Phone Number:       513-352-6790
> Fax Number:         513-241-4771

Christopher M. Bechhold is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Christopher M. Bechhold in any State or Federal court. A Certificate of Good Standing, which has been issued by the State of Ohio within the past 30 days, is submitted herewith.

Dated: August 2, 2007                      Respectfully submitted,
New York, New York

                                           _____
                                           Norman A. Bloch
                                           NB-7971
                                           Thompson Hine LLP
                                           335 Madison Avenue, 12th Floor
                                           New York, New York 10017
                                           Phone: 212-908-3942
                                           Fax: 212-344-6101

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Christopher Mark Bechhold

was admitted to the practice of law in Ohio on November 07, 1980; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of July, 2007.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Registration Assistant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and                         : Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                                :
                    Plaintiffs,
                                                : **DECLARATION OF**
    v.                                           **NORMAN A. BLOCH**
                                                : **IN SUPPORT OF MOTION TO ADMIT**
                                                  **COUNSEL PRO HAC VICE**

INGERSOLL-RAND COMPANY,                         :

                    Defendant.        :
------------------------------------------------------------ x

Pursuant to 28 U.S.C. § 1746, I, Norman A. Bloch, declare as follows:

1. I am a partner with the law firm of Thompson Hine LLP and counsel for Plaintiffs in the above-captioned action. I am familiar with the prior papers in this case. I submit this declaration based upon my personal knowledge of the facts set forth herein and in support of Plaintiffs' Motion to Admit Christopher M. Bechhold as Counsel *Pro Hac Vice* to represent the Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on February 28, 1978. I was also admitted to the Bar of the United States District Court for the Southern District of New York on April 4, 1978, and I am currently in good standing with this Court.

3. I have known Christopher M. Bechhold since about 2004.

4. Mr. Bechhold is a partner of mine at Thompson Hine LLP, and his office is located at 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202.

5. I believe Mr. Bechhold to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Christopher M. Bechhold, *Pro Hac Vice*.

7. I respectfully submit a proposed order granting the admission of Christopher M. Bechhold, *Pro Hac Vice*, which is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 2nd day of August, 2007, in New York, New York.

Norman A. Bloch
NB-7971
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Phone: 212-908-3942
Fax: 212-344-6101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and                        :   Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                               :
               Plaintiffs,
                                               :
     v.                                          **CERTIFICATE OF SERVICE**
                                               :
INGERSOLL-RAND COMPANY,
                                               :
               Defendant.
-------------------------------------------------------x

      The undersigned hereby certifies that on this 3rd day of August 2007, a true and correct copy of the Motion For Admission *Pro Hac Vice* of Christopher M. Bechhold and supporting papers were served electronically and by U.S. Mail upon:

William O'Brien, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
wobrien@cooley.com

                                                                                                      _____
                                                                                 Sunny H. Kim (HK-8746)
                                                                                  Thompson Hine LLP
                                                                                  335 Madison Avenue, 12th Floor
                                                                                 New York, New York 10017
                                                                                  Phone:  212-908-3903
                                                                                  Fax:  212-344-6101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and                : Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                       :
            Plaintiffs,
                                       :
        v.                                **ORDER FOR ADMISSION**
                                       : **PRO HAC VICE**
INGERSOLL-RAND COMPANY,                   **ON WRITTEN MOTION**
                                       :
            Defendant.
-------------------------------------------------------x

Upon motion of Norman A. Bloch, attorney for Plaintiffs Flowserve Corporation, Flowserve US, Inc., and Flowserve International, Inc., and said sponsor's Declaration in Support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Christopher M. Bechhold |
| Firm Name: | Thompson Hine LLP |
| Address: | 312 Walnut Street, Suite 1400 |
| City/State/Zip: | Cincinnati, Ohio 45202 |
| Phone Number: | 513-352-6790 |
| Fax Number: | 513-241-4771 |
| Email address: | chris.bechhold@thompsonhine.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2007

_____
Douglas F. Eaton
United States Magistrate Judge
Southern District of New York