UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and                    :  Civil Action 07-CV-5592 (BSJ)(DFE)
FLOWSERVE INTERNATIONAL, INC.,
                                           :
            Plaintiffs,
                                           :
      v.                                      **ORDER FOR ADMISSION**
                                           :  **PRO HAC VICE**
INGERSOLL-RAND COMPANY,                       **ON WRITTEN MOTION**
                                           :
            Defendant.
-----------------------------------------------------------x

Upon motion of Norman A. Bloch, attorney for Plaintiffs Flowserve Corporation, Flowserve US, Inc., and Flowserve International, Inc., and said sponsor's Declaration in Support;

IT IS HEREBY ORDERED that:

|  |  |
|---|---|
| Applicant's Name: | Robert P. Johnson |
| Firm Name: | Thompson Hine LLP |
| Address: | 312 Walnut Street, Suite 1400 |
| City/State/Zip: | Cincinnati, Ohio 45202 |
| Phone Number: | 513-352-6769 |
| Fax Number: | 513-241-4771 |
| Email address: | rob.johnson@thompsonhine.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: Aug 27, 2007

Douglas F. Eaton
United States Magistrate Judge
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07