ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOWSERVE CORPORATION,
FLOWSERVE US, INC., and
FLOWSERVE INTERNATIONAL, INC.,

Plaintiffs,

v.

INGERSOLL-RAND COMPANY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

07CV 5592 (BSJ) (DFE)
This is an ECF case
SCHEDULING ORDER

DOUGLAS F. EATON, United States Magistrate Judge,

1.    Any motion for leave to amend the pleadings or to add parties must be served and filed by **December 31, 2007**.

2.    All fact discovery must be commenced in time to be completed by **May 1, 2008**.

3.    Any proposed expert witness who falls within with words of rule 26(a)(2)(B) must serve a report in strict compliance with that Rule – plaintiff's experts by **May 30, 2008**, defendant's experts by **July 30, 2008**. These are also the deadlines for identifying any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. All expert discovery must be commenced in time to be completed by **September 26, 2008**.

4.    Any dispositive motion must be served and filed by **October 24, 2008**. If the District Judge requires a pre-motion conference, then this is the deadline to request such a conference.

5.    If (and only if) no dispositive motion has been made, the joint pre-trial order, in a format that complies with the trial Judge's individual rules, must be filed by **November 28, 2008**; Plaintiff must serve its sections of the pre-trial order by **November 14, 2008**.



6.    None of these deadlines will be extended except upon a showing of good cause. Any request for an extension must be made, by fax and by mail, at least one week before the deadline in question, and must state the other parties' positions concerning the proposed alternative date.

7.    I will not "so order" any consent adjournment unless it complies with Paragraph 6 and tells me in writing the factual basis for the "good cause."

8.    Pursuant to Rule16(f), I may impose sanctions, including attorneys' fees, if a party or a party's attorney fails to obey this scheduling order.

_____
Douglas F. Eaton
United States Magistrate Judge

Dated:          New York, New York
                September 12, 2007

655126.1

2