UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOWSERVE CORPORATION, FLOWSERVE US, INC., and FLOWSERVE INTERNATIONAL, INC., | 07CV 5592 (BSJ) |
| Plaintiffs, | NOTICE OF **APPEARANCE** |
| v. | |
| INGERSOLL-RAND COMPANY, | |
| Defendant. | |

      Christopher M. Bechhold and Robert P. Johnson of the law firm of Thompson Hine LLP, 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202, hereby give notice of their appearance in this matter as counsel for Plaintiffs Flowserve Corporation, Flowserve US, Inc., and Flowserve International, Inc.

      Respectfully submitted,

*/s/ Robert P. Johnson*
Christopher M. Bechhold
E-mail: Chris.Bechhold@ThompsonHine.com
Robert P. Johnson
E-mail: Rob.Johnson@ThompsonHine.com
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 352-6700
Fax: (513) 241-4771

Norman A. Bloch (1250752)
E-mail: Norman.Bloch@ThompsonHine.com
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Phone: (212) 344-5680
Fax: (212) 344-6101

Trial Attorneys for Plaintiffs
Flowserve Corporation, Flowserve US, Inc. and
Flowserve International, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert P. Johnson*

#655927-v1