USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
FLOWSERVE CORPORATION,
FLOWSERVE US INC., and                    :  Case No. 07-CV-5592 (BSJ) (DFE)
FLOWSERVE INTERNATIONAL, INC.,            :  ECF CASE

        Plaintiffs,                    :  **STIPULATION AND ORDER OF**
                                             **DISCONTINUANCE WITH PREJUDICE**
v.                                        :

INGERSOLL-RAND COMPANY,                   :

        Defendant.                     :
---------------------------------------- X

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned attorneys, that the above-entitled action, including all claims of the plaintiffs against the defendant, and the counterclaim of the defendant against the plaintiffs, is discontinued and dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, without costs or attorneys' fees to either the plaintiffs or the defendant.

Dated: December 31, 2007

THOMPSON HINE LLP

By: _____
   Christopher M. Bechhold (CB-6865)

312 Walnut Street, Suite 1400
Cincinnati, OH 45202
(513) 352-6790
Fax: (513) 241-4771
*Attorneys for Plaintiffs*

**SO ORDERED:**

Dated: New York, New York
     Jan. 14, 2008

COOLEY GODWARD KRONISH LLP

By: _____
   William O'Brien (WO-5276)

1114 Avenue of the Americas
New York, NY 10036-7798
(212) 479-6000
Fax: (212) 479-6275
*Attorneys for Defendant*

_____
United States District Judge

1403642 v1/NY
01/07/08 11:10 AM